UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEXANDER FLOYD, individually and on behalf of all others similarly situateda,<br><br>                      Plaintiff,<br><br>   v.<br><br>PHOTON INFOTECH INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,<br><br>                      Defendants. | No.<br><br>**ATTORNEY VERIFICATION OF STATE COURT RECORD** |

The undersigned hereby certifies that the documents attached hereto as **Exhibit A** are true and correct copies of the complete records and proceedings known to Defendant Photon Infotech Inc. that were filed and/or served in the state court action titled *Alexander Floyd v. photon Infotech Inc., et al.*, King County Superior Court Cause No. 24-2-17258-1 SEA.

/ / /

/ / /

/ / /

ATTORNEY VERIFICATION OF
STATE COURT RECORDS – 1

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

DATED this 29th day of August, 2024.

        CORR CRONIN LLP

        *s/ Victoria E. Ainsworth*
        Blake Marks-Dias, WSBA No. 28169
        Victoria E. Ainsworth, WSBA No. 49677
        1015 Second Avenue, Floor 10
        Seattle, WA 98104-1001
        (206) 625-8600 Phone
        (206) 625-0900 Fax
        bmarksdias@corrcronin.com
        tainsworth@corrcronin.com

        FROST BROWN TODD LLP

        Jeffrey N. Lindemann
        (*Pro Hac Vice* Application forthcoming)
        One Columbus Center
        10 West Broad Street, Suite 2300
        Columbus, OH 43215
        (614) 464-1211 Phone
        (614) 464-1737 Fax
        jlindemann@fbtlaw.com

        Jae Wook (Jerry) Lee
        (*Pro Hac Vice* Application forthcoming)
        1 MacArthur Place, Suite 200
        Santa Ana, CA 92707
        (714) 852-6800 Phone
        (714) 852-6899 Fax
        jlee@fbtlaw.com

        *Attorneys for Defendant Photon Infotech Inc.*

ATTORNEY VERIFICATION OF
STATE COURT RECORDS – 2

**CORR CRONIN LLP**
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

**CERTIFICATE OF SERVICE**

The undersigned certifies as follows:

1. I am employed at Corr Cronin LLP, attorneys for Defendant Photon Infotech Inc. herein.

2. On August 29, 2024, I caused a true and correct copy of the foregoing document to be served on the following parties in the manner indicated below:

| | |
|---|---|
| Timothy W. Emery, WSBA No. 34078<br>Patrick B. Reddy, WSBA No. 34092<br>Paul Cipriani, WSBA No. 59991<br>Emery Reddy, PLLC<br>600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>(206) 442-9106 Phone<br>(206) 441-9711 Fax<br>emeryt@emeryreddy.com<br>reddyp@emeryreddy.com<br>paul@emeryreddy.com | ☒ Via ECF<br>☐ Via U.S. Mail<br>☐ Via Messenger Delivery<br>☐ Via Overnight Courier<br>☒ Via electronic mail |

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED: August 29, 2024, at Seattle, Washington.

*s/ Christy A. Nelson*
Christy A. Nelson

ATTORNEY VERIFICATION OF STATE COURT RECORDS – 3

Corr Cronin LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900